UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

::: 1:12-CR-194

**v.** :

::: **(JUDGE MANNION)**

**JOHN RAWLS,** :

  **Defendant** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Rawls' Motion for Compassionate Release because of the COVID-19 pandemic, **(Doc. 1403)**, is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the exhaustion requirement under §3582(c)(1)(A)(i) since he filed his motion without first waiting 30 days after he allegedly submitted a request to the Warden.

2. Insofar as Rawls is seeking the court to direct the BOP to find him eligible for release from prison under the CARES Act, his motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**Dated: November 17, 2020**
12-194-02-ORDER